JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAG INSTRUMENT, INC.,<br><br>　　　Plaintiff and Counter-defendant,<br><br>v.<br><br>PROMO DIRECT, INC.,<br><br>　　　Defendant and Counterclaimant. | Case No. 5:14-cv-00445-VAP-DTB<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Hon. Virginia A. Phillips |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Mag Instrument, Inc. and Defendant Promo Direct, Inc., by and through their counsel of record, hereby stipulate and agree that this entire action shall be, and hereby is, dismissed without prejudice.

Dated:       August 22, 2014            JONES DAY

                                        By:/s/ Anna E. Raimer
                                            Anna E. Raimer

                                        Attorneys for Plaintiff
                                        MAG INSTRUMENT, INC.

Dated:       August 22, 2014            PASKERIAN, BLOCK,
                                        MARTINDALE & BRINTON LLP

                                        By:/s/ Devon W. Block
                                            Devon W. Block

                                        Attorneys for Defendant
                                        PROMO DIRECT, INC.

I, Anna E. Raimer, declare that all signatories to this document and parties on behalf of whom this document is submitted have concurred in the filing's content and have authorized the filing.

Dated:       August 22, 2014            /s/ Anna E. Raimer
                                        Anna E. Raimer

IT IS SO ORDERED.
DATED: Aug 25 2014

Virginia G. Phillips
UNITED STATES DISTRICT JUDGE